IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOE HICKS, JR.                                                                                       PLAINTIFF

vs.                                       Civil No. 6:16-cv-06023

CAROLYN W. COLVIN                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 14th day of June 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED** and Plaintiff's Complaint is **DISMISSED** without prejudice.

   **IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE